## Steve Guvo, Appellee, v. Frank Banis, Appellant.
## Gen. No. 43,608.

opinion filed December 31, 1946; released for publication January 15, 1947. Robert F. Kolb and Francis M. Cooper, for appellant; Matthew Steinberg and Fred Polacek, for appellee; Abraham Miller, of counsel. Opinion by JUSTICE FRIEND. Not to be published in full.